Rev. 5/20

United States District Court
Middle District of Florida
Fort Myers Division

FILED

2021 Sep 20 AM 9:41
Date                    Time

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

_MiCHaeL TyDoNE CHerry JR_

*(In the space above enter the full legal name of the plaintiff)*

-against-

2:21-CV-699-JLB-NPM

_OFFICER FREDERICK MEYERS_
_OFFicer BATeL_

Case No. _____
(To be filled out by Clerk's
Office only)

**COMPLAINT**

(*Pro Se* Confined Litigant)

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s).*
*If you cannot fit the names of all of the defendants in the*
*space provided, please write "see attached" in the space*
*above and attach an additional sheet of paper with the full list*
*of names. The names listed in the above caption must be*
*identical to those contained in Section IV. Do not include*
*addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other**
**materials to the Clerk's Office with this complaint.**

Page **1** of 10

Rev. 5/20

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

CHerry    MICHael    TYPone
_____    _____
Name (Last, First, MI)                                              Aliases

_____
Identification #

DESOTO COUNTY JAIL
_____
Place of Detention

208 EAST CYPRESS STreeT
_____
Institutional Address

DeSOTO, ARCADIA          Fl          342666
_____    _____    _____
County, City                          State          Zip Code

## III.    STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

Rev. 5/20

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Meyers Fredelrick
Name (Last, First)

Deputy
Current Job Title

LEE County Sherriffs office
Current Work Address

Ft. Meyers          Fl          33901
County, City          State          Zip Code

Defendant 2:   OFFICER BATEL
Name (Last, First)

Deputy
Current Job Title

LEE COUNTY Sherriffs office
Current Work Address

Ft. Meyers          Fl          33901
County, City          State          Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: _____
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____
                County, City          State          Zip Code


Defendant 4: _____
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____
                County, City          State          Zip Code


[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

Rev. 5/20

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:        PONDe.LLA Road

Date(s) of occurrence: January 6th 2019

State which of your federal constitutional or federal statutory rights have been violated:

THE RIGHT TO Be Kee From Cruel and
Unusual punishment, Excessive use of force

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each
defendant was personally involved in the alleged wrongful actions, state whether you were
physically injured as a result of those actions, and if so, state your injury and what medical
attention was provided to you. All facts shall be set forth in separately numbered paragraphs.
See Fed. R. Civ. P. 10(b).*

FACTS:

WHILE ASleep on a Porch, OFFICER
KReDDrick Meyers OF THE LEE COONTY
SHerriff's OFFICE RELeased YHE K-9 DOG
to AttAch me For No REASON, WHILE
Sleeping off a hang'over Alone with
K-9 UNIT officer (BAIEL, K-9 DOG
BIT PLAINTIFF on Left Ankle, DRUG
Plaint ff off Porch causing Sever
Nerve Damage! and SCAR TISSUE!
Slammed Plaintff on his face AND Kneed in (BACk)
#1. X-RAY'S OF Ankle
#2. SCAR TISSUE TReated

What
happened to
you?

Rev. 5/20

Who did
what?

OFFICER (Freddderick Moyers used
excesive force and unnessasary
force on plaintiff By SICKing
K-9 Dog on plaintiff when
plaintiff was simply ASLeep,

OFFICER ( BATEL ) THE K-9 unit
officer assistedd officer Moye's
in this Attach on plaintiff, By
allowing the Dog to Bite a
Innocent By Stancher

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Rev. 5/20

N/A

Was anyone
else
involved?

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: **Prisoners** must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.* ex Hausted.

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

THE PLAINTIFF SEEKS compensation for
pain and Suffering. (compensatrol)
False Imprisonment (compensatrol)
Compensated for Mental Anguish
Compensated for Scar tissue Medical
Bills and any medical Bills
that arise from this incident in
the future

Rev. 5/20

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### *ALL LITIGANTS MUST ANSWER:.*

Have you to date brought any other lawsuits in state or federal court while ☐ Yes ☐ No
a confined?

       If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 5/20

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case**.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____    _____
Dated                                            Plaintiff's Signature

CHERRY  MICHael  TYRONE
Printed Name (Last, First, MI)

208  EAST CYPRESS ST
_____
Identification #

DESOTO COUNTY Sheriffs ARCADIA  FL  342606
Institutional Name   office      City            State    Zip Code